# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6884 ODW(VBKx) | Date | June 7, 2010 |
|---|---|---|---|
| Title | Holly Henderson v. IQ Data Systems et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**   Order to Show Cause re Case Settlement

The Court is in receipt of plaintiff's second Notice of Settlement [11] filed June 1, 2010. The Court orders plaintiff to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, June 28, 2010 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The June 14, 2010 deadline for plaintiff to respond to the Court's Order to Show Cause re Dismissal for Lack of Prosecution is CONTINUED to **Monday, June 28, 2010.** The filing of a third Notice of Settlement in response to the Court's Order to Show Cause will result in the dismissal of this action for lack of prosecution.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |